FILED
07 SEP 20 AM 10:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Hiscox,

Plaintiff,

vs.

Sergent Gibson, Correctional Sergeant, Officer John Doe 1

Defendant.

CASE NO. C 07 4832

PJH

(PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Michael Hiscox, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Yi Fang Imports

H Street, Arcata, California

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No _X_

b. Income from stocks, bonds, or royalties? — Yes ___ No _X_

c. Rent payments? — Yes ___ No _X_

d. Pensions, annuities, or life insurance payments? — Yes ___ No _X_

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

___

___

3. Are you married? — Yes ___ No _X_

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $___ Net $___

4. a. List amount you contribute to your spouse's support : $ ___

b. List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No X

Make ____________ Year ____________ Model ____________

Is it financed? Yes _____ No _____ If so, Total due: $ ____________

Monthly Payment $ ____________

7. Do you have a bank account? Yes X No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: Coast Central Credit Union

900 4th Street, Eureka, CA 95501

Present balance(s): $ 75.00

Do you own any cash? Yes ____ No X Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

8. What are your monthly expenses?

Rent: $ 0 Utilities: 0

Food: $ 0 Clothing: 0

Charge Accounts: NONE

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Juditial judgement $16,000.00 Dinan & Associates Attorneys at law 411 Russell Ave, Santa Rosa, CA 95403

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9/14/07
DATE

[signature]
SIGNATURE OF APPLICANT

Case Number: ______________

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Michael Hiscox for the last six months at [prisoner name] Mule Creek State Prison where (s)he is confined. [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 41.66 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 51.33.

Dated: 9-14-07

T. Taber, CCI T-Taber

[Authorized officer of the institution]

REPORT ID: T[illegible] DATE: [illegible]
PAGE NO. [illegible]

CALIFORNIA DEPARTMENT OF CORRECTIONS
MULE CREEK STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2007 THRU SEP. 10, 2007

ACCOUNT NUMBER : V20[illegible] BED/CELL NUMBER: [illegible]
ACCOUNT NAME : HISCOX, MICHAEL ROBERT ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/01/2007 | | BEGINNING BALANCE | | | | | 100.08 |
| 02/13 | FC02 | DRAW-FAC 2 | B/2ND 2863 | | | 30.00 | 70.88 |
| 02/22 | W516 | LEGAL COPY CH | LCOPY 3095 | | | [illegible] | [illegible] |
| 03/08 | W516 | LEGAL COPY CH | LCOPY 3107 | | | [illegible] | [illegible] |
| 03/12 | FR01 | CANTEEN RETUR | 0[illegible] | | | [illegible] | [illegible] |
| 03/12 | FC02 | DRAW-FAC 2 | 2ND 3242 | | | 20.00 | 49.47 |
| 03/15 | W516 | LEGAL COPY CH | 0313 3322 | | | 0.70 | 48.73 |
| 04/16 | FR01 | CANTEEN RETUR | 003756 | | | 1.75- | 50.48 |
| 04/16 | FC02 | DRAW-FAC 2 | P/2ND 3763 | | | [illegible] | [illegible] |
| 05/02 | W512 | LEGAL POSTAGE | 0500 4083 | | | 2.55 | [illegible] |
| 05/10 | W512 | LEGAL POSTAGE | 0509 [illegible] | | | [illegible] | [illegible] |
| 05/14 | FR01 | CANTEEN RETUR | 004147 | | | 6.20- | 16.58 |
| 05/14 | W516 | LEGAL COPY CH | 0508 4153 | | | 12.20 | 4.38 |
| 05/14 | FC02 | DRAW-FAC 2 | B/2ND 4164 | | | 4.00 | 0.38 |
| 05/17 | D300 | CASH DEPOSIT | [illegible] 4228 | | 50.00 | | [illegible] |
| 05/18 | D340 | EFT DEPOSIT | [illegible] 4241 | | 200.00 | | [illegible] |
| 06/02 | W512 | LEGAL POSTAGE | [illegible] 4519 | | | [illegible] | [illegible] |
| 06/08 | W516 | LEGAL COPY CH | 0500 4521 | | | 39.50 | 210.83 |
| 06/11 | FR01 | CANTEEN RETUR | 004527 | | | 0.40- | 211.23 |
| 06/11 | FC02 | DRAW-FAC 2 | 2/3YD 4532 | | | 100.00 | 111.23 |
| 06/25 | W516 | LEGAL COPY CH | 062[illegible] 4[illegible] | | | [illegible] | [illegible] |
| 06/27 | FR01 | CANTEEN RETUR | 004179 | | | [illegible] | [illegible] |
| 07/16 | FC02 | DRAW-FAC 2 | 2ND 0[illegible] | | | [illegible] | [illegible] |
| 07/19 | W516 | LEGAL COPY CH | 0718 0231 | | | 56.70 | 36.83 |
| 07/25 | W512 | LEGAL POSTAGE | 0724 0306 | | | 4.00 | 32.83 |
| 07/25 | W512 | LEGAL POSTAGE | 0724 0304 | | | 4.80 | 27.83 |
| 07/25 | W512 | LEGAL POSTAGE | 0724 0304 | | | [illegible] | [illegible] |
| 07/25 | W512 | LEGAL POSTAGE | [illegible] | | | [illegible] | [illegible] |
| 07/25 | W512 | LEGAL POSTAGE | [illegible] | | | [illegible] | [illegible] |
| 07/30 | W516 | LEGAL COPY CH | 0724 0341 | | | 4.20 | 9.18 |
| 07/30 | W536 | COPAY CHARGE | COPAY 0357 | | | 5.00 | 4.18 |
| 08/09 | W516 | LEGAL COPY CH | 0807 0500 | | | 0.30 | 3.88 |
| 08/20 | W516 | LEGAL COPY CH | 0817 [illegible] | | | [illegible] | [illegible] |
| 08/28 | W512 | LEGAL POSTAGE | [illegible] | | | [illegible] | [illegible] |
| 08/28 | W516 | LEGAL COPY CH | [illegible] | | | [illegible] | [illegible] |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 07/30/2007 | H107 | POSTAGE HOLD | 0727 0288 | 7.97 |
| 09/07/2007 | H115 | LEGAL COPIES HOLD | 0905 0074 | 4.86 |

REPORT ID: [illegible] REPORT DATE: [illegible]

PAGE NO: [illegible]

CALIFORNIA DEPARTMENT OF CORRECTIONS

[illegible] STATE PRISON

INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB 01, 2007 THRU SEP. 10, 2007

ACCT: [illegible] ACCT NAME: PISCOX, MICHAEL ROBERT ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 100.88 | [illegible] | [illegible] | [illegible] | 12.57 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 12.65- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.

ATTEST: 9.10.07

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY [signature]

TRUST OFFICE