UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF CALIFORNIA

FILED
07 SEP 20 AM 10: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HISCOY
Plaintiff or Petitioner

C 07 4832

v.

SERGEANT GIBSON, et al.,

Case No:
Proof Of Service

PJH

(PR)

Defendants or Respondent

_____/

I hereby certify that on __9/14__, 20 __07__, I served a copy of the attached __42 U.S.C. 1983 Complaint__ _____,
by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at __MULE CREEK STATE PRISON__:

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue
San Francisco California
94102-3483

I declare under penalty of perjury that the foregoing is true and correct.

_____ J-79783
(Name of Person Completing Service)