UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MICHAEL HISCOX,

                Plaintiff,

   v.

GIBSON et al,

                Defendants.

Case Number: CV07-04832 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michael Hiscox V-20848
Mule Creek State Prison
C13-240U
P.O. Box 409060
Ione, CA 95640-9000

Prison Trust Account Office
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640-9000

Finance

Dated: September 26, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk