OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
NOV 09 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HISCOX V2D848

Hum 10 T C/S
07-4832 Anderson
PB
Return to Sender
PSP RECEIVED
NOV - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PELICAN BAY STATE PRISON
(PBSP)
P.O. BOX 7000
CRESCENT CITY, CA. 95531-7000

UNITED STATES POSTAGE
$00.58°
02 1A
0004329882
MAILED FROM ZIP CODE 94102
SEP 27 2007
PITNEY BOWES

Michael Hiscox V-20848
Mule Creek State Prison
C13-240U
P.O. Box 409060
Ione, CA 95640-9000


CV07-04832 PJH