12-10-07

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Michael Hiscox V20848
San Quentin State Prison
San Quentin, CA 94974

FILED
DEC 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Hiscox v. SERGENT GIBSON et al     No. C 07 4832 PJH ?

Dear Sir,

    I am writing to change my address as I was transpacked to go out to court in Humboldt County the day after I received my filed copy of the above 42 USC 1983 Complaint and this is the first opportunity I have had to do so. As to this date I am still seperated from my property and legal materials at my endorsed institution. Please send me a copy of any local rules pertaening to the San Francisco Division of the Court. I have also been told that there is a handbook for Pro Se litigants and would like to know if there is a charge for that. The court has accepted my informa papuris and if that's satisfactory send me the Handbook as well. Thank you for your assistance.

Michael Hiscox

Michael Hiscox V20848
San Quentin State Prison
San Quentin, CA 94974

Office of the Clerk, US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102