MICHAEL HISCOX #V20848
MULE CREEK STATE PRISON
P.O. BOX 409060
IONE, CA 95640

PLAINTIFF PRO SE



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL HISCOX,<br>　　　　　Plaintiff,<br>　　vs.<br>SERGENT GIBSON, CORRECTIONAL<br>SERGENT; OFFICER JOHN DOE #1<br>　　　　　Defendants. | Case No.: C 07 4832 PJH (PR)<br>MOTION TO EXTEND TIME TO SERVE<br>CIVIL RIGHTS COMPLAINT UNDER<br>TITLE 42 U.S.C. §1983 BY<br>SIXTY DAYS |

TO:   THE HONORABLE JUDGE OF THE DISTRICT COURT:

PLEASE TAKE NOTICE that Plaintiff requests an extention of time of Sixty Days from date of Order to serve Civil Rights Complaint to Defendants.

This motion is premised on denial of access to plaintiffs legal materials and/or law library access from 09/25/07 to 01/17/08 the time plaintiff was transpacked and transported for out to court Humboldt County resentencing ordered in unpublished opinion in the Court of Appeal of the State of California, First Appellate District, Division Three, Case No. A117993 Filed Aug. 28 2007. Humboldt County Superior Court Case No. CV070398 and No. CR020081S.

STATEMENT OF FACTS

1.)   On 09/24/07 I recieved by legal mail delivery at Mule Creek State Prison (Hereafter M.C.S.P.) mynfiled cppy of Civil Rights Complaint Case No. C 07 4832 PJH (PR).

2.) On 09/25/07 I was transported from M.C.S.P. by CDCR bus to Dueldo Vocation Institute then to Pelican State Prison finally being released to Humboldt County Corrections Facility on 10/02/07.

3.) While at Humboldt County Corrections Facility I asked for access to the law library which I was denighed and refered to a posted policy notice: " The Law Library is Closed please use 'Inmate Request Form' to request a 'Legal Information Form' You may request 5 items on one sheet. You may have one legal information sheet per month. You may include up to five items on one sheet, such as five cases, five statutes, five packets, or any combination there of. All forms and legal information MUST now be requested on the Legal Information Form." I requested law pertaining to my resentancing which I never recieved. See Exhibit A.

4.) On 11/09/07 I was returned to the C.D.C.R. at San Quentin by County Sherriffs Transport Van. I was issued my personal property and legal materials on arrival.

5.) Opon Arrival, San Quentin, I requewrted AD SEG Placement citing being beaten by my cellie the last time I was there. Placement was granted. See Exhibit B CDCR 114-D Administrative Segregation Unit Placement Notice.

6.) Plaintiff requested weekly for law library access yet recieved no access between 11/09/07 to 12/18/07 inclusive.

7.) On the morning of 12/19/07 Plaintiff was taken to R&R at 2:00 AM and transpacked his property including legal materials for transport to M.C.S.P. then was sent back to cell untill 6:00 AM when brought back to R&R and Transported to M.C.S.P where he arrived that day and was housed in orientation without property.

8.) On 12/28/07 Plaintiff was called to mR&R at M.C.S.P. to recieve my personal property and legal materials and was informed that my property had not arrived on the bus from San Quentin. The C/O (name unknown) instructed me to send a request for interview to San Quentin R&R. I sent request to San Quentin R&R by institutional mail the same day asking them to locate and ship my property to me.

9.) On 1/11/08 Plaintiff was still without legal materials and filed CDC 602 Inmate Appeal Form on Emergency Basis asking for the imediate return of my personal property and legal material. See Exhibit C.

10.) On 1/15/08 My 602 Appeal was screened out and returned to me on 1/16/08. See Exhibit C

11.) On 1/17/08 today I was called to M.C.S.P. R&R by C/O Andrews at 7:30 AM and recieved my property and legal materials at that time.

### PRAYER FOR RELIEF

Wherefor, Plaintiff prays that this court will grant the following:

1.) Order Sixty day extention of time to serve 42 U.S.C § 1983 Civil Rights Complaint from date of Order

Dated: 01/17, 2008

Respectfully submitted,

Michael Hiscox, V20848
Plaintiff Pro Se

///
///    ///
      ///

# EXHIBIT A

# HUMBOLDT COUNTY SHERIFF'S OFFICE
## CORRECTIONAL FACILITY
## INMATE REQUEST FORM

| Name: HISCOX | Date: 10-4-07 |
|---|---|
| Booking #: 07 8284 | Housing Area: 0529 cell 615 |

Only one (1) item per request slip. Please briefly explain your request in the Inmate explanation/comments area. On Property Release Requests, please specify the amount of money you want to release, or ALL PERSONAL PROPERTY, and the person's name who you want to release it to, in the explanation/comments area. Partial personal property will not be released. **IT'S ALL OR NOTHING**.

### CHECK ONE ITEM ONLY

| CHECK BOX | STAFF | CHECK BOX | FORMS | CHECK BOX | INMATE SERVICES |
|---|---|---|---|---|---|
| | Classification | | Grievance | | Education Program |
| | Supervisor | | Writ | | Inmate Worker Program |
| | S.W.A.P. | | PC 1381 | | Substance Abuse Services |
| | Probation | | Property Release | X | Law Library |
| | State Parole | | Other | | Religious Counseling |
| | Inmate Programs Coordinator | | | | Legal Reference Materials |
| | | | | | Commissary |

Inmate explanation/comments: I would like Access to Legal Reference Material Concerning present Re-Sentencing as well as Current 42 USC 1983 Tort Action

Inmate Signature: _____

Staff Comments: _____

Signature _____ PIN# 053 Date 10/4/07

HCSD 0326.3 (05/03)




STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DISTRIBUTION:
WHITE — CENTRAL FILE
BLUE — INMATE (2ND COPY)
GREEN — ASU
CANARY — WARDEN
PINK — HEALTH CARE MGR
GOLDENROD — INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| HISCOX, MICHAEL | V20848 |

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY
[ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

On Friday, November 9, 2007 you arrived via Humboldt Jail Bus as out to court return to custody. In our interview you stated that you had been housed in San Quentin SNY and now Fear for your safety because you had been assaulted by your cellmate because your charges were known to all the inmates on the tier. Based upon this information it is determined your presence in the San Quentin Reception Center jeopardizes the safety of staff, other inmates and is deemed a threat to the safety and security of the institution. You will be retained in Administrative Segregation pending review by the Institutional Classification Committee (ICC) who will determine your appropriate Program and/or Housing needs. Correctional Lieutenant C. YOUNG is ordering this Administrative Segregation Placement. Inmate HISCOX, MICHAEL is a participant in the MHSDS at the CCCMS level.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)   IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 11/09/07 | C. YOUNG | (signed) | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 11/09/07 | 1720 | C. COLLIER | (signed) | SERGEANT |

[ ] INMATE REFUSED TO SIGN   INMATE SIGNATURE: (signed)   CDC NUMBER: V20848

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

### STAFF ASSISTANT (SA)
| STAFF ASSISTANT NAME | TITLE |
|---|---|

### INVESTIGATIVE EMPLOYEE (IE)
| INVESTIGATIVE EMPLOYEES NAME | TITLE |
|---|---|

IS THIS INMATE:
- LITERATE? [X] YES [ ] NO
- FLUENT IN ENGLISH? [X] YES [ ] NO
- ABLE TO COMPREHEND ISSUES? [X] YES [ ] NO
- FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? [ ] YES [X] NO
- DECLINING FIRST STAFF ASSISTANT ASSIGNED? [ ] YES [ ] NO

- EVIDENCE COLLECTION BY IE UNNECESSARY [X] YES [ ] NO
- DECLINED ANY INVESTIGATIVE EMPLOYEE [ ] YES [ ] NO
- ASU PLACEMENT IS FOR DISCIPLINARY REASONS [ ] YES [X] NO
- DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED [ ] YES [ ] NO

Any "NO" requires SA assignment   CCCMS w/?e/15
[X] NOT ASSIGNED

Any "NO" may require IE assignment
[X] NOT ASSIGNED

### INMATE WAIVERS
[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER
[X] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[X] NO WITNESSES REQUESTED BY INMATE

INMATE SIGNATURE: UNABLE TO SIGN - MC   DATE: 

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

DECISION: [ ] RELEASE TO UNIT/FACILITY ___ [X] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION: SAFETY CONCERNS
* CLAIMS OTC RE TURNED INTO ?? DUE TO
RETURN TO MCSP AS LOCAL COURT ACTION HAS BEEN COMPLETED

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| J. LAWSON | FC | 11-13-07 | 1131 | (signed) |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE | DATE OF REVIEW |
|---|---|---|
| | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information
STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS



EXHIBIT C

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*January 15, 2008*

***HISCOX, V20848***
*C 1100000000101U*

Log Number: MCSP-O-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*You need to forward your appeal to San Quentin I/M Appeals Office.*

Appeals Coordinator

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

EMERGENCY 602

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

MCSP APPEALS OFFICE
2008 JAN 14 AM 1:27

Location: Institution/Parole Region
1. _____
2. _____

Log No.
1. _____
2. _____

Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| HISCOX M | V20848 | UNASIGNED | C1 1-1 01 BE UP |

A. Describe Problem: On 12/19/07 I was transfered from Out to Court layover at SanQuenti State Prison. My personal property including legal work was collected from me for trans-pak at S.Q. R&R. On 12/28/07 I was called to R&R at Mule Creek State Prison to pick up my personal property and was informed by C/O (name unknown) that my property had not arrived on the bus from S.Q.. The C/O instructed me to send a Request for Interview to S.Q. R&R. I sent said request on 12/28/07 by Institutional Mail asking them to locate and ship my property to me. As of 01/11/08 my property has not been returned including legal materials, ( Notes, Writ of Habeas, 42 USC § 1983 civil rights complaint, and Directors leval 602 )

If you need more space, attach one additional sheet.

B. Action Requested: Imediately locate and return my personal property and legal materials, This qualifies as an emergency appeal because the loss of these legal materials is causing me to miss court deadlines on documents of mine in the C.D.C.R.'s possession.

Inmate/Parolee Signature: _____ Date Submitted: 1/11/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____