To: United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102-3483

From: Michael Hiscox #V20848
Mule Creek State Prison
P.O. BOX 409060
Ione, CA 95640

ORIGINAL

FILED
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To the Honorable Clerk of the Court

    Dear Sir, I am writting the court in the manner of <u>Michael Hiscox v. Sergent Gibson, et al</u> 42 U.S.C. §1983 Complaint, No. C 07 4832 PJH (PR)

    First, I have returned from being Out To Court from my endorsed institution and need to change my address with the Court to the above address the former address was San Quentin State Prison 3EY48, San Quentin CA 94974.

    Second, On my return transfer to Mule Creek State Prison my legal materials were traspacked by San Quentin R&R and was not sent, or has been lost by the California Department of Corrections and Rehabilitation denighing me access to the court. I filed CDC 602 appeal for the return of my property and leagal materials on 01/11/08 which was screened out by Inmate Appeals Coordinator on 01/15/08 and was instructed to forward to San Quentin I/M Appeals Office. I forwarded appeal on 01/16/08 by Institutional Mail. On 01/17/08 7:30 AM I was called by C/O Andrews to R&R to pick up my property including legal material which is now in my possession. I have been without access to my legal materials and/or access to law libraries from 09/25/07 through 01/17/08, a period of One Hundred and Seven days, One Hundred Twelve days since being filed.

    Enclosed is a motion for extention of time to serve said civil rights compaint No. C 07 4832 PJH (PR). Enclosed are One Original and Three copies. Please send me a filed copy in enclosed envelope.

                                           Sincerely

                                           Michael Hiscox

                                         Date: 01/17/08