United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HISCOX,

        Plaintiff,

    v.

Sergeant GIBSON and Correctional Officer JOHN DOE #1,

        Defendants.
                                /

No. C 07-4832 PJH (PR)

**ORDER EXTENDING TIME FOR SERVICE**

This is a civil rights case filed pro se by a state prisoner. The court ordered service, but the marshal's attempt to serve defendant at the address provided by plaintiff was returned unexecuted. Within thirty days plaintiff shall provide a current address at which to serve defendant. If he does not do so, this case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 30, 2008.

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

G:\PRO-SE\PJH\CR.07\HISCOX4832.EXT-SRV.wpd