1  MICHAEL HISCOX, V-20848
   Mule Creek State Prison, B8-101U
2  P.O. Box 409040
   Ione, California
3  95640-9000

4  Plaintiff Pro Se

FILE **ORIGINAL**

08 JUN 16 PM 1:58

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MICHAEL HISCOX,                )   No. C07-4832 PJH (PR)
                               )
          Plaintiff,           )   PLAINTIFF'S SUBMISSION OF ADDRESS
                               )   THAT THE COURT HAS REQUESTED
     vs.                       )
                               )
GIBSON, et al.,                )
                               )
          Defendants.          )
_____)

TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; THE HONORABLE PHYLLIS V. HAMILTON; AND CLERK OF COURT:

On or about June 4, 2008, Plaintiff received an "Order" from this Court asking Plaintiff to provide the Court with the correct address for service in order for the U.S. Marshals to conduct proper service upon the Defendants.

Pursuant to the Court's "Order," Plaintiff submits the new address as follows:

> CALIFORNIA STATE PRISON - SAN QUENTIN
> END OF MAIN STREET
> SAN QUENTIN, CALIFORNIA
> 94964

The above address was taken from the 2006 Edition of "Directory of Justice Agencies."

///                                                                    ///

-1-

1 | Dated: June, 12 , 2008

Respectfully submitted:

Michael Hiscox, V-20848
Plaintiff Pro Se

/// ///

**ORIGINAL**

-2-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 16 PM 1:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHEAL HISCOX,       )
            Plaintiff,)   Case No. C07-4832 PJH (PR)
                      )
    vs.               )   PROOF OF SERVICE
                      )
GIBSON, et al.,       )
            Defendants.)

I the undersigned, hereby certify that I am over the age of eighteen years of age, and [_] a party; [x] not a party to the above-entitled action.

On June, 12, 20 08, I served a copy of: PLAINTIFF'S SUB-MISSION OF ADDRESS TO SERVE THE DEFENDANTS

By placing said copy in a prepaid postage envelope addressed to the person(s) listed below, by depositing said envelope in the United States Mail:

(LIST ALL DEFENDANTS SERVED IN THIS ACTION)

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

I, CHARLES JORSS hereby declare under the penalty of perjury that the foregoing is true and correct. Executed on this 12th day of June, 20 08, at Mule Creek State Prison, located in Ione, California.

Dated: 6/12, 20 08

(Signature)

Legal Mail

Michael Hiscox V20848
MCSP B8 101 up
PO Box 409040
Ione, Ca 95640

Office of the Clerk, US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

9410243661 C004



USA FIRST-CLASS FOREVER
USA FIRST-CLASS FOREVER