UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HISCOX,

        Plaintiff,                          No. C 07-4832 PJH (PR)

    v.                                    **ORDER OF DISMISSAL**

Sergeant GIBSON and Correctional Officer JOHN DOE #1,

        Defendants.

        This is a civil rights case filed pro se by a state prisoner. The court ordered service, but the marshal's attempt to serve defendant at the address provided by plaintiff was returned unexecuted. The return carried the explanation: "No individual at San Quentin by name given, unable to serve." The court then granted plaintiff thirty days to "provide a current address at which to serve defendant."

        In response to the order plaintiff has simply repeated the San Quentin address. It would do no good to again attempt to serve Gibson at the same address. This case therefore is **DISMISSED** without prejudice for failure to obtain service. *See* Fed. R.Civ.P. 4(m).

**IT IS SO ORDERED.**

Dated: July 3, 2008.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

G:\PRO-SE\PJH\CR.07\HISCOX4832.DIS-SRV.wpd