1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    MICHAEL HISCOX,

8              Plaintiff,                      No. C 07-4832 PJH (PR)

9        v.                                    **JUDGMENT**

10   Sergeant GIBSON and Correctional
     Officer JOHN DOE #1,
11
                 Defendants.
12   _____/

13        Pursuant to the order of dismissal signed today, a judgment of dismissal without

14   prejudice is entered against plaintiff and in favor of defendants.

15        **IT IS SO ORDERED.**

16   Dated:  July 3, 2008.        _____
                                          PHYLLIS J. HAMILTON
17                                       United States District Judge

18

19

20

21

22

23

24

25

26

27

28   G:\PRO-SE\PJH\CR.07\HISCOX4832.JUD.wpd

**United States District Court**
For the Northern District of California