APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-04832-PJH
### Internal Use Only

Hiscox v. Gibson  
Assigned to: Hon. Phyllis J. Hamilton  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 09/20/2007  
Date Terminated: 07/03/2008  
Jury Demand: Plaintiff  
Nature of Suit: 555 Prisoner: Prison Condition  
Jurisdiction: Federal Question

**Plaintiff**

**Michael Hiscox**   represented by   **Michael Hiscox**  
V-20848  
Mule Creek State Prison  
B8-101U  
P.O. Box 409060  
Ione, CA 95640-9000  
PRO SE

V.

**Defendant**

**Gibson**  
*Correctional Sergeant*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2007 | 1 | COMPLAINT against Gibson; DEMAND for Jury Trial. Filed byMichael Hiscox. (far, COURT STAFF) (Filed on 9/20/2007) (far, COURT STAFF). (Entered: 09/20/2007) |
| 09/20/2007 |  | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 9/20/2007) (Entered: 09/20/2007) |
| 09/20/2007 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Michael Hiscox. (far, COURT STAFF) (Filed on 9/20/2007) (far, COURT STAFF). (Entered: 09/20/2007) |
| 09/20/2007 | 3 | CERTIFICATE OF SERVICE by Michael Hiscox re 1 Complaint (far, COURT STAFF) (Filed on 9/20/2007) (far, COURT STAFF). (Entered: 09/20/2007) |
| 09/26/2007 | 4 | ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS by Judge Phyllis J. Hamilton granting 2 Motion for Leave to Proceed in forma pauperis (Attachments: # 1 Certificate of Service) (nah, COURT STAFF) (Filed on 9/26/2007) (Entered: 09/26/2007) |

| | | |
|---|---|---|
| 09/26/2007 | 5 | ORDER OF SERVICE. Signed by Judge Phyllis J. Hamilton on 9/26/07. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 9/26/2007) (Entered: 09/26/2007) |
| 09/28/2007 | 6 | Summons Issued as to Sergeant Gibson. (far, COURT STAFF) (Filed on 9/28/2007) Additional attachment(s) added on 9/28/2007 (far, COURT STAFF). (Entered: 09/28/2007) |
| 10/29/2007 | 7 | Summons Returned Unexecuted by Michael Hiscox as to Gibson. (far, COURT STAFF) (Filed on 10/29/2007) (far, COURT STAFF). (Entered: 10/29/2007) |
| 11/09/2007 | 8 | Mail sent to Plaintiff returned as undeliverable re 5 Order, 4 Order on Motion for Leave to Proceed in forma pauperis. (far, COURT STAFF) (Filed on 11/9/2007) (far, COURT STAFF). (Entered: 11/13/2007) |
| 12/14/2007 | 9 | NOTICE of Change of Address by Michael Hiscox (far, COURT STAFF) (Filed on 12/14/2007) (far, COURT STAFF). (Entered: 12/14/2007) |
| 01/22/2008 | 10 | MOTION for Extension of Time to Serve Complaint by 60 days filed by Michael Hiscox. (far, COURT STAFF) (Filed on 1/22/2008) (far, COURT STAFF). (Entered: 01/24/2008) |
| 01/22/2008 | 11 | Letter from Plaintiff to Clerk dated 1/17/08. (far, COURT STAFF) (Filed on 1/22/2008) (far, COURT STAFF). (Entered: 01/24/2008) |
| 05/30/2008 | 12 | ORDER EXTENDING TIME FOR SERVICE. Signed by Judge Phyllis J. Hamilton on 5/30/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 5/30/2008) (Entered: 05/30/2008) |
| 05/30/2008 | | (Court only) ***Motions terminated: 10 MOTION for Extension of Time to File filed by Michael Hiscox. (far, COURT STAFF) (Filed on 5/30/2008) (Entered: 06/02/2008) |
| 06/16/2008 | 13 | LETTER to Clerk from Plaintiff dated 6/12/08 re SUBMISSION of ADDRESS that the Court has Requested. (far, COURT STAFF) (Filed on 6/16/2008) (Entered: 06/17/2008) |
| 07/03/2008 | 14 | ORDER OF DISMISSAL, ***Civil Case Terminated. Signed by Judge Phyllis J. Hamilton on 7/3/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/03/2008) |
| 07/03/2008 | 15 | JUDGMENT. Signed by Judge Phyllis J. Hamilton on 7/3/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/03/2008) |
| 08/13/2008 | 16 | NOTICE OF APPEAL as to 15 Judgment, 14 Order Dismissing Case by Michael Hiscox. FEE STATUS: IFP. (far, COURT STAFF) (Filed on 8/13/2008) (Entered: 08/14/2008) |