UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 14, 2008

**CASE INFORMATION:**
Short Case Title: Hiscox v. Gibson
Court of Appeals No. (leave blank if a unassigned)
U.S. District Court, Division & Judge Name: Northern District of California, Civil Division, Judge Hamilton
Criminal and/or Civil Case No.:  CV-07-4832 PJH (PR)
Date Complaint/Indictment/Petition Filed:9/20/07
Date Appealed order/judgment *entered* 7/3/08
Date NOA *filed* 8/13/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                            ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: NONE
*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted: 9/26/07                       Date FP denied:
Is FP pending? ☐ yes  ☐ no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:

SEE DOCKET SHEET

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Felicia Reloba
415-522-2000