**ORIGINAL**

RECEIVED

AUG 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

AUG 11 2008

FILED_____
DOCKETED_____
        DATE        INITIAL

United States District Court for the NORTHERN

District of CALIFORNIA

File Number C07-4832 PJH (PR)

**FILED**

AUG 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5   MICHAEL HISCOX,

6                   Plaintiff,

7         vs.

8   SERGEANT GIBSON, ET AL.,

9                   Defendants.

)
)
)
)
)
)
)
)
)
)

NOTICE OF APPEAL

12        Notice is hereby given that MICHAEL HISCOX, Plaintiff in
13   the above-entitled cause, hereby appeal to the United States
14   Court of Appeals for the Ninth Circuit from an "Order of
15   Dismissal" entered in this action on the **3rd** day of **July,**
16   2008.

17   Dated: July 31        , 2008

18

19                              Respectfully submitted:

20                              _____
                                Michael Hiscox, V-20848
21                              Mule Creek State Prison, B8-101
                                P.O. Box 409040
22                              Ione, California
                                95640-9000
23

24                              Plaintiff Pro Se

25   ///                                                      ///

26

27

## DECLARATION OF SERVICE BY MAIL

CASE NAME: MICHAEL HISCOX vs. SARGENT GIBSON, ET AL.,

No. C 07-4832 PJH (PR)

I Declare:

I am a resident of the State of California, Mule Creek State Prison (M.C.S.P.), at Ione, County of Amador, California, and am at least 18 years of age and am party to the within action.

My mailing address is P.O. Box 409040, Ione, California 95640-9040

On July 31, 2008, I served a true and correct original and three copies ofnthe following document(s);

NOTICE OF APPEAL

On each party listed below by placing it in a sealed envelope, with adequate postage or provided and deposited said envelope in the institutional mail box, or turned sais envelope to custodial staff personel for the United States Mail at Mule Creek State Prison/ P.O. Box 409040 / Ione, California 95640-9040. Each party to this action has been duly served.

United States Court Of Appeals for the Ninth District

U.S. Court of Appeals Building

95 Seventh Street

San Francisco, California 94103-1526


There is regular service by the United States Mail between the above place of mailing and the parties listed

I declare, under penalty of perjury, that the forgoing is true and correct.

Executed this date: July 31, 2008 at Ione, California

Signed: _____. C.D.R.C. # V20848
          MICHAEL HISCOX: Declarent